UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN
_____

**WISCONSIN CARPENTERS PENSION FUND**
and **BRIAN GENTRY**,

             Plaintiffs,

vs.                                       Case No. 08-CV-162-X

**COM-CON,**

             Defendant.
_____

**ENTRY OF DEFAULT OF DEFENDANT COM-CON**
_____

      The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendant in the above-captioned matter, Com-Con has failed to plead or otherwise defend as provided under the Fed. R. Civ. P., and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

      The Clerk hereby enters the default of Defendant Com-Con pursuant to Rule 55(a) of the Fed. R. Civ. P.

      Dated this <u>28th</u> day of <u>July</u>, 2008.

                                                        s/Joel W. Turner
                                                        Acting Clerk of Court