UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARPENTERS PENSION FUND
and BRIAN GENTRY,

          Plaintiffs,

vs.                                           Case No. 08-CV-162-X

COM-CON,

          Defendant.

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.    Defendant Com-Con has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.    Com-Con violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3.    As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions liquidated damages, interest attorney fees and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $20,535.95.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Carpenters Pension Fund and against Defendant Com-Con in the amount of $20,535.95 together with interest at the rate allowed by law.

Dated this 27th day of August, 2008.

BY THE COURT

Barbara B. Crabb
U. S. District Court Judge