UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION FUND
and BRIAN GENTRY,

          Plaintiffs,

vs.                                  Case No. 08-CV-162-X

COM-CON,

          Defendant.

---

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Carpenters Pension Fund, recover from the Defendant Com-Con the sum of $20,535.95 with interest thereon at the rate that is provided by law.

Dated at ~~Milwaukee~~ MADISON, Wisconsin, this 27 day of AUGUST, 2008.

JOEL W. TURNER, ACTING
Clerk of Court

L. Jensen
Deputy Clerk

Approved as to form this 27th day of August, 2008.

Barbara B. Crabb
U. S. District Court Judge